# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:16-cr-00046-GMN-PAL |
| O. SCOTT DREXLER, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Motion to Re-Open Detention Hearing (#268).

IT IS HEREBY ORDERED that any opposition must be filed on or before April 29, 2016. Any reply in support of Defendant's Motion to Re-Open Detention Hearing (#268) must be filed on or before May 6, 2016.

IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Re-Open Detention Hearing (#268) is scheduled for May 10, 2016 at 3:00 p.m., in courtroom 3D.

DATED this 19th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE