UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>v.<br><br>CLIVEN D. BUNDY,<br>MELVIN D. BUNDY,<br>DAVID H. BUNDY,<br>BLAINE COOPER,<br>GERALD DELEMUS,<br>O. SCOTT DREXLER,<br>RICHARD R. LOVELIEN,<br>STEVEN A. STEWART,<br>TODD C. ENGEL,<br>GREGORY P. BURLESON,<br>JOSEPH D. O'SHAUGHNESSY,<br>MICAH L. McQUIRE, and<br>JASON D. WOODS,<br><br>                                    DefendantS. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER GRANTING LEAVE TO ALLOW THE COORDINATING DISCOVERY ATTORNEY TO FILE STATUS REPORTS UNDER SEAL ON CM/ECF** |

THIS MATTER has come before this Court upon the request of the court-appointed Coordinating Discovery Attorney, Russell M. Aoki of Aoki Law PLLC, for an order granting him leave to file his monthly status reports under seal electronically on the Court's CM/ECF program. The direct electronic filing of Mr. Aoki's status reports will reduce resources in distributing his monthly reports to the Court. Therefore, this Court hereby grants Mr. Aoki leave to file his status reports **under seal** using CM/ECF, and instructs the Court Clerk's Office to provide Mr. Aoki access for filing of his status reports.

DATED this 2nd day of May, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE