UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br>O. SCOTT DREXLER,<br><br>                          Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER<br><br>(Unopp Mot Ext Time – ECF No. 809) |

Before the court is Defendant O. Scott Drexler's Unopposed Motion to Extend Time (ECF No. 809). The motion requests an extension of time to file Rule 12 pretrial motions. Drexler requests an extension of time to October 19, 2016. The government does not oppose the request. Having reviewed and considered the motion,

**IT IS ORDERED** that Defendant O. Scott Drexler's Unopposed Motion to Extend Time (ECF No. 809) is:

1. **DENIED in part** as to an extension to October 19, 2016.
2. **GRANTED in part** to the extent that Defendant O. Scott Drexler's case management deadlines are extended until **October 17, 2016**.

DATED this 7th day of October, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE