# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

O. SCOTT DREXLER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:16-cr-00046-GMN-PAL-12

The Defendant was found not guilty as to counts 1, 2, 8, 9, 12, 14, 15, and 16.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Gloria M. Navarro, Chief Judge U.S. District Court
Name of Judge        Title of Judge

August 22, 2017
                Date