FILED ✓ / ENTERED             RECEIVED / SERVED ON
                              COUNSEL/PARTIES OF RECORD

OCT 2 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

STEVEN W. MYHRE
Acting United States Attorney
NADIA AHMED
DAN SCHIESS
Assistant United States Attorneys
ERIN CREEGAN
Special Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702)388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
daniel.schiess@usdoj.gov
erin.creegan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>ERIC J. PARKER,<br>O. SCOTT DREXLER,<br><br>    Defendants. | 2:16-cr-00046-GMN-PAL<br><br>**CRIMINAL INFORMATION** |
|---|---|

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about April 12, 2014, in the State and Federal District of Nevada,

**ERIC J. PARKER,
O. SCOTT DREXLER,**

defendants herein, did, by threats and force, willfully prevent, obstruct, impede, and interfere with, and willfully attempted to prevent, obstruct, impede, and interfere with, the due exercise of rights and the performance of duties under any order,

1 judgment, and decree of a court of the United States, to wit: said defendants did use
2 a show of force to obstruct, impede, and interfere with federal law enforcement
3 officers with the Bureau of Land Management and National Park Service performing
4 duties under federal court orders authorizing the impoundment of cattle trespassing
5 on public lands in and around the Gold Butte area, all in violation of Title 18, United
6 States Code, Sections 1509 and 2.

STEVEN W. MYHRE
Acting United States Attorney

10/23/17
DATE

NADIA AHMED
DANIEL SCHIESS
Assistant United States Attorneys
ERIN CREEGAN
Special Assistant United States Attorney