TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Defendant
O. Scott Drexler

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>O. SCOTT DREXLER,<br><br>Defendant. | CASE NO.: 2:16-CR-00146-GMN-PAL<br><br>LETTERS IN SUPPORT OF MR. DREXLER |

Please add the following letters in support of Mr. Drexlers sentencing hearing currently scheduled for August 9, 2018.

/s/
TODD M. LEVENTHAL, ESQ
Attorney for Mr. Drexler

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of AUGUST, 2018, a true and correct copy of DEFENDANT O.Scott Drexler LETTERS IN SUPPORT was served via the United States District Court CM/ECF system on all parties or persons requiring notice

By /s/ Maribel Godinez, an Employee of LEVENTHAL AND ASSOCIATES

DOROTHY MOON
DISTRICT 8B
LEMHI, CUSTER, BOISE,
GEM & VALLEY COUNTIES

HOME ADDRESS
H.C. 67, BOX 304
STANLEY, IDAHO 83278
HOME: (208) 838-3714
CELL: (208) 781-1782
EMAIL: dmoon@house.idaho.gov



# House of Representatives
# State of Idaho

August 7, 2018

Attorney Todd Leventhal
626 S. 3rd Street
Las Vegas, NV 89101

Re: O. Scott Drexler Hearing

Dear Mr. Leventhal,

I am writing to you to ask Judge Navarro to please consider comments from me as I have known Scott Drexler for many years and have had opportunity to attest to his character. I am aware of Scott's employment in Custer County working at a local mine. This work is hard and makes for long days, especially when having to drive several additional hours to detour around a forest fire that is consuming the area.

Scott has been involved in the community by participating in meetings with the Salmon Challis National Forest. The SCNF is working on a new Forest Plan and Scott is a member of the Lemhi Custer Grassroots Advisory. There are 170 community members providing comments to update this plan. Scott has been instrumental communicating meeting notices on Facebook and through emails to boost attendance and participation during this critical public comment period. This committee is a very important part of the Forest Service Planning process and Scott has worked to help inform and engage the public at large with this matter.

Scott has always been involved in family and community. Scott helped his Mother up to the time of his incarceration and until her recent death only a few weeks after his release from detention.

There is no benefit to him or his community adding probation beyond what time he has already served. Scott needs to come back to the community where he is productive and welcomed.

Sincerely,

Representative Dorothy Moon

Rep. Dorothy Moon

**Judy Boyle**

DISTRICT 9,
Adams, Canyon, Payette & Washington Counties

HOME ADDRESS
P.O. Box 57
Midvale, ID
83645
(208) 355-3225

EMAIL: jboyle@house.idaho.gov



# House of Representatives
# State of Idaho

**COMMITTEES**

Chairman - Agricultural Affairs

Education

Resources & Conservation

Honorable Judge Gloria Navarro
US District Court for the District of Nevada
Las Vegas, Nevada

Dear Judge Navarro,

I write in support of fellow Idahoan Scott Drexler and ask you to allow his sentencing to be time served. As you know, Mr. Drexler was imprisoned nearly two years as he awaited trial. In addition, he was acquitted on most of the charges against him by two juries.

Before the third trial, Mr. Drexler chose to plead guilty to a misdemeanor rather than continue imprisonment as his mother was dying. This allowed him to be home to care for his mother during the last few months of her life.

I know Mr. Drexler as a hardworking man and a contributing member of his local community. He has built fences for local ranchers for many years and currently is employed at a local mine. Scott is a quiet, gentle person and very respectful of others, always helpful to those in his community.

Mr. Drexler's very minor role at Bundy Ranch has been paid by the nearly two years of imprisonment, causing him to be away from his family at a critical time and not being able to work and contribute towards his mother's expenses. Again, I ask that you show mercy towards Mr. Drexler and sentence him to time already served.

Thank you.

Sincerely,
Judy Boyle
Idaho State Representative
District 9